

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ALB:JMH
F. #2006R01418

*610 Federal Plaza*
*Central Islip, New York 11722*

November 4, 2016

<u>By Hand and ECF</u>

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Winston McFadden
               <u>Criminal Docket No. 06-693 (ADS)</u>

Dear Judge Spatt:

      The government respectfully submits this in response to the defendant's motion in the above-captioned case for early termination of his supervised release term. <u>See</u> Docket Entry No. 34 (Sept. 6, 2016). The government had intended to file its response by November 3, as stated in its letter dated October 20 (<u>see</u> Docket Entry No. 37), but the undersigned did not receive the case file from archives until earlier today.

      The government takes no position on the defendant's motion.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney

By:    /s/ J. Matthew Haggans
      J. Matthew Haggans
      Assistant U.S. Attorney
      (718) 254-6127

cc:    Clerk of Court (ADS) (By ECF)
       Winston McFadden, <u>pro se</u> (By Mail)
       Probation Officer Andrew Jingeleski (By Email)